KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Assistant U. S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7466

Attorneys for Plaintiff
United States of America

FILED ORIGINAL
2008 FEB 12 AM 10: 29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0261

UNITED STATES OF AMERICA, )   Civil No. _____
                          )
            Plaintiff,    )
                          )   STATEMENT AND CONFESSION
      v.                  )   OF JUDGMENT
                          )
JEANNIE M. WILLHIDE,      )
                          )
            Defendant.    )
_____)

State of California    )
                       ) ss.
County of San Diego    )

I am a resident of the County of San Diego, State of California, and have confessed judgment to the United States of America as follows:

| | |
|---|---|
| Principal | $64,438.55 |
| Interest at the rate of 8.02% percent per annum from 1/30/98 | $31,471.93 |
| TOTAL | $95,910.48 |

This sum is justly due to the United States of America and arises from loans insured by the Department of Education.

I empower the U. S. Attorney or any Assistant U. S. Attorney to appear for me and to enter judgment against me right now in the above amount. The debt will bear interest after judgment at the current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. 1961(b).

///

///

1    I have been told that I have the right to consult with an attorney before signing this document,
2 but I knowingly and freely waive that opportunity and choose to sign this document without consulting
3 with an attorney or seeking the prior assistance of any attorney or other advisor.

4    I acknowledge that by signing this document, I may be waiving rights and defenses I might
5 otherwise interpose regarding this debt. I waive the right to have a complaint upon this obligation filed
6 against me in federal district court; the issuance of and service of process upon me of such a complaint;
7 any venue requirements in such suit; the right to obtain discovery from the government as to the
8 evidence of its claim; the right to a jury or court trial at which I could raise any objections or defenses
9 to the governments's claim; the right to require the government to prove its claim by preponderance of
10 the evidence; and the right to appeal any adverse decision by a court or jury to the court of appeals. I
11 understand that my signature allows the government to enter a judgment against me right now; that the
12 government will record an abstract of judgment with the County Recorder; and that the judgment may
13 appear on my credit record.
14 I also understand that if I fail to pay upon this judgment to be entered against me, my salary may be
15 garnished, or my real or personal property seized.

16
17 _____
   JEANNIE M. WILLHIDE

18 State of California    )
                          )   ss.
19 County of San Diego    )

20

21 On  2/5/08  before me, ___Joann Blas___, a Notary Public in and for
   said County and State, personally appeared __Jeannie M. Willhide__ personally known (or proved to
22 me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
   within instrument and acknowledge to me that he/she/they executed the same in his/her/their authorized
23 capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon
   behalf of which the person(s) acted, executed the instrument.
24
   WITNESS my hand and official seal
25

26 _____
   Notary Public
27

28

JOANN BLAS
COMM. # 1532180
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
COMM. EXP. DEC. 5, 2008

2

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the users of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**ORIGINAL**

FILED 2008 FEB 12 AM 10:29 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
Jeannie M. Willhide

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** San Diego, CA

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY):** San Diego, CA

**(c) ATTORNEYS (Firm name, Address, and Telephone Number)**
Karen P. Hewitt, U.S. Attorney
Mary C. Lundberg, Assistant U.S. Atty.
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 557-7157

**ATTORNEYS (IF KNOWN)**
(See Attachment)

**'08 CV 0261**

## II. BASIS OF JURIDICTION (PLACE AN x IN ONE BOX ONLY)

- [x] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP FOR PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Case Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated of Principal Place of Business in This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated of Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury Medical Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury Product Liability | [ ] 520 Other Food Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 330 Federal Employer's Liability | **PERSONAL PROPERTY** | [ ] 630 Liquor Laws | [ ] 820 Copyright | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment Enforcement of Judgment | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 640 RR and Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 650 Airline Regulations | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organization |
| [x] 152 Recovery of Default Student Loans (Exclude Veterans) | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 660 Occupational Safety/Health | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veterans Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | [ ] 690 Other | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities Exchange |
| [ ] 160 Stockholders Suits | [ ] 360 Other Personal Injury | | **LABOR** | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC |
| [ ] 190 Other Contract | | | [ ] 710 Fair Labor Standard Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agriculture Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt Relations | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETTITIONS** | [ ] 730 Labor/Mgmt Reporting and Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 893 Environment Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence. Habeas Corpus | [ ] 740 Railway Labor Act | **FEDEFAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Erectment | [ ] 443 Housing/Accommodations | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS – Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination under Equal Access to Justice |
| [ ] 240 Tort to Land | [ ] 444 Welfare | [ ] 540 Mandamus and Other | | | [ ] 950 Constitutionality of State |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Right | [ ] 550 Civil Rights | | | [ ] 890 Other Statutory Action |
| [ ] 290 All Other Real Property | | | | | |

## V. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUES UNLESS DIVERSITY)

28 U.S.C. 1345; Title IV-B of the Higher Education Act of 1965, as amended 20 U.S.C. 1071 et Seq. (34 CFR. Part 682)

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [x] 1. Original Proceeding
- [ ] 2. Removal from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstate or Reopened
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multi-district Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS CLASS ACTION UNDER f.r.c.p. 23     **DEMAND** $95,910.48     Check YES only if demanded in complaint: **JURY DEMAND:** [ ] YES [x] NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions) JUDGE _____ Docket Number _____

**DATE** 8/26/2003     **SIGNATURE OF ATTORNEY OF RECORD** _/s/ M.C.L._     Mary C. Lundberg, Asst. U.S. Attorney