KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Assistant U. S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7466

Attorneys for Plaintiff
United States of America

FILED
2008 FEB 12 AM 10: 29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CV 0261

| UNITED STATES OF AMERICA, | ) Civil No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| JEANNIE M. WILLHIDE, | ) |
| Defendant. | ) |

In accordance with the Statement and Confession of Judgment signed by the defendant and filed concurrently,

IT IS ORDERED that the plaintiff recover from the defendant the sum of $95,910.48

Judgment is to accrue interest at the current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. 1961(b).

DATED: FEB 12 2008

W. SAMUEL HAMRICK, JR.
Clerk, U. S. District Court

By_____
Deputy