ORIGINAL

FILED
08 FEB 21 PM 3:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08CV0261 |
| Plaintiff, | |
| v. | PRAECIPE |
| JEANNIE M. WILLHIDE, | |
| Defendant. | |

TO THE CLERK:

Please issue an Abstract of Judgment.

Joann Blas
Legal Assistant
Ext. 7466

Date issued:  2/21/08

CRIM_36